IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN RAYBURN                                  PLAINTIFF

v.                      No. 3:21-cv-152-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                           DEFENDANTS

## JUDGMENT

Rayburn's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

16 November 2021